RALPH BEVELAQUA, Respondent, v. ROSE BEVELAQUA, Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

THE EMPIRE TINWARE COMPANY, Appellant, v. THE CLEVELAND STAMPING AND TOOL COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

EMPIRE TRUST COMPANY, as Successor Trustee, etc., of HARRIET F. VAN ZANDT, Deceased, Respondent, v. FANNIE FREDERICKA WELCH and MARY ALICE DEAN, Appellants, Impleaded with PARK MORTGAGE COMPANY and Others, Respondents. — Judgment in so far as appealed from unanimously affirmed, with costs. Our decision in *Thorndike* v. *Ludlow* (196 App. Div. 945; affd., 233 N. Y. 507) was based upon the findings of the trial court of the application of the entire proceeds of sale to the benefit of the estate of Mrs. Van Zandt. The finding at bar is that no consideration whatever was received by Mrs. Van Zandt's estate as the result of the making of the mortgage in issue. We hold that the authority given to the trustee to mortgage was a mere power in trust which did not survive Mrs. Van Zandt's death. Present — Kelly, P. J., Rich, Jaycox and Kapper, JJ.

In the Matter of the Petition of MARGARET NORMILE, Respondent, to Compel MARY PRENDERGAST, Appellant, to Render and Settle Her Account as Executrix, etc., of DANIEL J. PRENDERGAST, Deceased.— Decree of the Surrogate's Court of Kings county affirmed, without costs. Jaycox, Young and Kapper, JJ., concur; Kelly, P. J., and Kelby, J., concur for affirmance except as to provisions of the decree directing removal of the body of decedent from Calvary Cemetery to Holy Cross Cemetery, and expenditure of money for purchase of plot, monument and care of grave in latter cemetery, as to which provisions they vote to reverse the decree.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RIGGIO, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and a new trial ordered. Reversible error was committed by the learned trial court in its charge in reference to the character evidence (folios 286, 289). (*People* v. *Blatt*, 136 App. Div. 717; *People* v. *Trimarchi*, 231 N. Y. 263.) We are also of opinion that the court's charge regarding the police upon the subject of defendant's confession, appearing at folios 273 to 278, inclusive, was of such a nature as to deprive the defendant of a fair and impartial trial. Kelly, P. J., Jaycox, Kelby and Young, JJ., concur; Kapper, J., dissents upon the ground that the charge does not involve legal error; that the questions of fact were fairly submitted to the jury, and that the evidence established the defendant's guilt beyond a reasonable doubt.

SOSS MANUFACTURING COMPANY, INC., Respondent, v. MITCHELL MOTORS COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

FRANCIS DEAN, Respondent, v. EMILY HALLIBURTON, and FARMERS' LOAN AND TRUST COMPANY, Committee of the Property, etc., of WILLIAM S. HALLIBURTON, an Incompetent, Appellants.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.